UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: :
: Chapter 13
RAFAEL SANTOS, : Case No. 10-13476
:
Debtor. :

**FIRST AMENDED**
CHAPTER 13 PLAN

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1

The future earnings of the Debtor are submitted to the supervision and control of the Court, and the Debtor (or the Debtor's employer) shall pay to Michael B. Joseph, Esquire, Chapter 13 Trustee, at P.O. Box 660, Memphis, TN 38101-0660, *the sum of Four Hundred Seventy-Seven Dollars (477.00) per month the remaining fifty-eight (58) months. The debtor shall make all future monthly plan payment son time, and upon failure to do so, this case shall be dismissed without further notice or hearing by Certification of Default filed by the Chapter 13 Trustee.*

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C., Section 507.
(A) Debtors' Counsel Fees: Two Thousand Two Hundred Dollars ($2,200.00) to Doreen H. Becker, Esquire, of Holfeld & Becker, at 1217 King Street, Wilm., DE 19801.

(B) Priority taxes and other debts treated as priority under this Plan: Full payment to The Internal Revenue service in the amount of its allowed priority tax claim; Full payment to the State of Delaware, Division of Revenue in the amount of its allowed priority tax claim.
(C) Other Priority Administrative Expenses: N/A.
2. Subsequent to dividends to priority creditors, holders of allowed secured claims shall be treated as follows:
   (A) Long term, or mortgage debt: Mortgage arrears to be paid to Homecomings Financial/GMAC ("GMAC*") in the amount of Thirteen Thousand One Hundred Eighty-Six Dollars ($13,186.05*) and mortgage arrears to HSBC Mortgage Services in the amount of *Seven Thousand Seven Hundred Sixty-Seven Dollars and Sixty-Eight Cents Dollars ($7,767.68)* (total amount of pre-petition arrears for the real property located at 313 Pennewill Drive, New Castle, DE 19720). Debtor shall keep the property insured and shall continue,

        beginning with the November 2010 payment to make regular post-petition payments directly to Homecomings Financial/GMAC and HSBC Mortgage Services. This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b)(ii) and the parties shall be so governed.

    (B) Secured vehicle debt: Yamaha c/o HSBC Retail Services ("Yamaha"), the secured creditor as to the Debtor's 2005 Yamaha motorcycle, will be paid the sum of Four Thousand Nine Hundred Sixteen Dollars ($4,916) representing payment in full plus interest. Upon receipt of said sum Yamaha to mark the lien on the title 'satisfied' and shall return the title to the Debtor.

    (C) Other secured debt: N/A.

    3. Surrender – secured collateral to: N/A.

4. Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly proved and allowed as follows:

General unsecured creditors will be paid their allowed claim on a pro rata basis.

5. The Debtor's leases and executory contracts shall be treated as follows: n/a.

6. Title to the Debtor's property shall revest in the debtor upon confirmation of the Plan.

7. In order to share in distribution under the Plan, a proof of claim, in duplicate, must be filed with The United States Bankruptcy Court For The District Of Delaware at 824 Market Street, Wilmington, DE 19801. A copy of any such filed proof of claim must also be served on the undersigned attorney for Debtors.

/s Doreen H. Becker                        /s Rafael Santos  
DOREEN H. BECKER, #2720        RAFAEL SANTOS, Debtor  
Holfeld & Becker  
1217 King Street  
Wilmington, DE 19801  
(302) 654-3535  
Attorneys for Debtor

Dated: January 19, 2011